IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RACHEL W.D. HUGES | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| PNC BANK | : | NO. 15-3147 |

## ORDER

AND NOW, this 24th day of June, 2015, upon consideration of plaintiff's amended complaint (Document No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons discussed in the Court's memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

**/s/ Gerald J. Pappert**
**GERALD J. PAPPERT, J.**